# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| CHARITA HEARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.3:20-CV-125-TCB-RGV |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, and 1ST FRANKLIN FINANCIAL CORPORATION, | ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Equifax Information Services, LLC., in the above-captioned case have reached a settlement. Plaintiff anticipates filing a Voluntary Dismissal with Prejudice as to Defendant pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: November 13, 2020

                                            Respectfully submitted,
                                            By: /s/ Matthew Landreau
                                            Matthew Landreau (301329)
                                            5113 Sumter Ct.
                                            Midland, GA 31820
                                            Telephone: (706) 341-8714

                                Email: Matt@crlam.com
                                *Attorney for Plaintiff*

## **PROOF OF SERVICE**

  I, Matthew Landreau, hereby state that on November 13, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

                /s/ Matthew Landreau