# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWMAN DIVISION

| | |
|---|---|
| Charita Heard,<br><br>       Plaintiff,<br><br>  vs.<br><br>Equifax Information Services, LLC., et al.<br><br>       Defendant. | Case No.: 3:20-cv-00125-TCB-RGV |

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT 1ST FRANKLIN FINANCIAL CORPORATION ONLY

The Plaintiff hereby dismisses her claims against Defendant 1st Franklin Financial Corporation, without prejudice and without fees or costs to either party.

DATED this 10th day of December 2020

Respectfully submitted,

By: */s/ Daniel M. Brennan*
Daniel M. Brennan
Bar Number 271142
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840
E-Mail: Daniel@crlam.com
*Attorney for Plaintiff,
Charita Heard*

## PROOF OF SERVICE

  I, Daniel M. Brennan, hereby state that on December 10, 2020, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

*/s/ Daniel M. Brennan*