IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| Charita Heard,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>Defendant. | Case No.: 3:20-cv-00125-TCB-RGV<br><br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

## STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced by the signatures of their respective counsel below, stipulate to the dismissal of Plaintiff's claims as to Defendant Equifax Information Services, LLC without attorney's fees or costs to either party.

Dated this 19th day of March 2021.

                                              Respectfully submitted,

                                              By:  */s/ Daniel M. Brennan*
                                              Daniel M. Brennan
                                              Bar Number 271142
                                              22142 West Nine Mile Road
                                              Southfield, MI 48033
                                              Telephone: (248) 353-2882
                                              E-Mail: Daniel@crlam.com
                                              *Attorney for Plaintiff*
                                              *Charita Heard*

By: <u>Jordan T. Stringer</u>
Attorney Bar Number: 130736
Attorney for Equifax Information Services LLC
Equifax Legal Department
Legal Counsel – Litigation
1550 Peachtree St. NW
Atlanta, Georgia 30309
Tel: (404) 885-8222
Fax: (404) 885-8215
Email:  jordan.stringer@equifax.com

<u>PROOF OF SERVICE</u>

    I, Daniel M. Brennan, hereby state that on March 19, 2021, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via the Court's CM/ECF system.

<i>/s/ Daniel M. Brennan</i>

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| Charita Heard,<br><br>Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>Defendant. | Case No.: 3:20-cv-00125-TCB-RGV |

## **<u>ORDER OF DISMISSAL WITH PREJUDICE OF THE BANK OF MISSOURI</u>**

Plaintiff Charita Heard has announced to the Court that all matters in controversy against Equifax Information Services, LLC have been resolved. A Stipulation of Dismissal with Prejudice of Equifax Information Services, LLC has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of Equifax Information Services, LLC the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Charita Heard against Defendant Equifax Information Services, LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

DATED this 19th day of March, 2021.

                                                                             _____

                                                                             THE HONORABLE DISTRICT JUDGE